HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY LOUISE BLUEFORD, ) | No:  2:13-cv-01965 DAD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (45) days up through and including Monday, June 30, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before July 30, 2014.  This extension is necessitated by

the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 12, 2014                        /s/DONNA W. ANDERSON
                                        DONNA W. ANDERSON
                                        Special Assistant U.S. Attorney
                                        Social Security Administration

Dated: May 12, 2014                        /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        MARY LOUISE BLUEFORD

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\blueford1965.stip.eot.ord.doc