1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
4 | 1055 Lincoln Avenue
5 | Post Office Box 5025
6 | San Jose, California 95150-5025
7 | Telephone: (408) 295-7755
8 | Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MARY LOUISE BLUEFORD, | ) No. 2:13-cv-01965-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
|  | ) DISMISSAL |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

//

/

1

STIPULATION AND ORDER FOR DISMISSAL

BENJAMIN B. WAGNER
United States Attorney

Dated: June 26, 2014    /s/
DONNA W. ANDERSON
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

Dated:  June 26, 2014    /s/
HARVEY P. SACKETT
Attorney for Plaintiff
MARY LOUISE BLUEFORD

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 26, 2014

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
blueford1965.stip.dism.ord.doc

2

STIPULATION AND ORDER FOR DISMISSAL